

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 27, 2013**

**United States Bankruptcy Judge**

_____

BTXN 060 (rev. 10/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
Brandon Paul Kirkland § Case No.:  13−70406−hdh13
Kristin Anne Pyles § Chapter No.:  13
            Debtor(s) §

### ORDER DISMISSING CASE

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.

- ☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice Requiring Missing Documents

- ☐ Schedules pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

- ☐ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition

- ☐ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition

- ☐ Authorization for Pre−Confirmation Disbursement pursuant to General Order 2010−01 **within 14 days** of the filing of the Petition

- ☐ Attorney Fee Disclosure **within 14 days** of the date of the filing of the petition

- ☐ List of twenty largest unsecured creditors **within 48 hours** of the date of the filing of the petition

page 2

- ☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice Requiring Missing Documents
- ☐ Form B21 **within 48 hours** of the date of the petition
- ☐ Statistical Summary/Summary of Schedules (Official Form 6) not provided at the time of filing. Official Form 6 must be filed **within 14 days** of the date of the filing of the petition
- ☐ Exhibit D not provided with the petition at time of filing. An amended petition including Exhibit D must be filed **within 3 days** from the issuance of the Notice of deficiency
- ☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the petition
- ☑ Copies of employee income records **within 14 days** of the date of the filing of the petition
- ☐ Statement of Current Monthly Income **within 14 days** of the date of the filing of the petition
- ☐ Chapter 15 Service List **within 14 days** of the date of the filing of the petition
- ☐ Cash Flow Statement **within 7 days** of the date of the filing of the petition
- ☐ Balance Sheet **within 7 days** of the date of the filing of the petition
- ☐ Statement of Operations **within 7 days** of the date of the filing of the petition
- ☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the petition
- ☐ Other:

**Pursuant to General Order 2010–01, and the Trustee having certified that the Debtor(s):**

- ☐ Did not pay the first payment specified in the Debtor's Preliminary Plan to the Trustee **within 45 days** of the filing of the Petition
- ☐ Did not pay to the Trustee when due, any pre−confirmation Payment (except the first) specified in the Debtor's Preliminary Plan. (See General Order 2010–01(3)(e))
- ☐ Failed to attend the Section 341 Meeting of Creditors and/or Debtor's Seminar
- ☐ Did not pay to the Trustee when due, any post−confirmation Payments specified in the Debtor's Confirmed Final Plan.

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).

The above styled and numbered case will be closed 21 days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

# # # End of Order # # #

```
                            United States Bankruptcy Court
                              Northern District of Texas
In re:                                                              Case No. 13-70406-hdh
Brandon Paul Kirkland                                               Chapter 13
Kristin Anne Pyles
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0539-7       User: jblanco                Page 1 of 2          Date Rcvd: Nov 27, 2013
                           Form ID: pdf022              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2013.
db/jdb        +Brandon Paul Kirkland,   Kristin Anne Pyles,   2900 Stephens St,   Vernon, TX 76384-6744
15782871      +ACS Wells Fargo,   501 Bleecker St,   Utica, NY 13501-2401
15782872       Ameripath Lubbock,    PO Box 830913,   Birmingham, AL 352830913
15810997       CITY OF VERNON,   C/O PERDUE BRANDON FIELDER COLLINS & MOT,    PO BOX 8188,
                WICHITA FALLS TX 76307-8188
15782877      +CMPPTNRS Tech University,   PO Box 3176,   Winston Salem, NC 27102-3176
15782874      +Capital One,   PO Box 30253,   Salt Lake City, UT 84130-0253
15782875      +Capital One, N.a.,   Capital One Bank -USA N.A.,   PO Box 30285,   Salt Lake City, UT 84130-0285
15782876      +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
15782878      +Fed Loan Serv,   Po Box 69184,   Harrisburg, PA 17106-9184
15782879      +Ford Motor Credit Corporation,   Ford Motor Credit,   PO Box 6275,   Dearborn, MI 48121-6275
15782881      +Homeprjvisa,   Po Box 94498,   Las Vegas, NV 89193-4498
15782885       Northstar Anesthesia, PA,    PO Box 650252,   Dallas, TX 75265-0252
15782886       Perdue, Brandon,Fielder,Collins & Mott,    PO Box 8188,   Wichita Falls, TX 76307-8188
15782887      +Saf-trustudent,    Po Box 2461,   Harrisburg, PA 17105-2461
15782888      +Sizemore Law Group,   122 Calistoga Rd, No. 328,   Santa Rosa, CA 95409-3702
15782889     #+Sizemore Law Group,   2515 East Market St. Suite D,   Harrisonburg, VA 22801-8780
15782890      +Soleil Management,   7200 Las Vegas Blvd SOuth Ste A,   Las Vegas, NV 89119-4020
15782892      +Soleil Management,   10 Hoohul Rd, Ste 201,   Lahaina, HI 96761-9258
15782891      +Soleil Management,   2700 Sandmine Rd,   Davenport, FL 33897-3406
15782893     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Mtr,    Toyota Financial Services,   PO Box 8026,
                Cedar Rapids, IA 52408)
15804836       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,   Cedar Rapids, Iowa 52408-8026
15782894      +Wells Fargo Card Ser,   1 Home Campus,   3rd Floor,   Des Moines, IA 50328-0001
15807888      +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
15804145      +Wilbarger County,   co Lee Gordon,   P.O. Box 1269,   Round Rock, TX 78680-1269
15782895       Wilbarger County Tax Office,   PO Box 1984,   Vernon, TX 76385-1984

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15782880      +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2013 23:09:15     GECRB-Sams Club,    GECRB-Sams Club,
                PO Box 103104,   Roswell, GA 30076-9104
15782882       E-mail/Text: cio.bncmail@irs.gov Nov 27 2013 22:57:50     IRS Special Procedures,
                1100 Commerce St., Room 951,   Mail Stop 5029 DAL,   Dallas, TX 75246
15782884       E-mail/Text: KMORRISS@mvbalaw.com Nov 27 2013 22:58:43     McCreary Veselka Bragg & Allen PC,
                PO Box 1269,   Round Rock, TX 78680-1269
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15782873*     +Brandon Paul Kirkland,   2900 Stephens St,   Vernon, TX 76384-6744
15782883*     +Kristin Anne Pyles,   2900 Stephens St,   Vernon, TX 76384-6744
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0539-7           User: jblanco                Page 2 of 2              Date Rcvd: Nov 27, 2013
                               Form ID: pdf022              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2013 at the address(es) listed below:
          Lee Gordon    on behalf of Creditor   Wilbarger County
           kmorriss@mvbalaw.com;dgibson@mvbalaw.com;othercourts@mvbalaw.com
          Monte J. White    on behalf of Joint Debtor Kristin Anne Pyles legal@montejwhite.com,
           mjwhiteoffice@gmail.com
          Monte J. White    on behalf of Debtor Brandon Paul Kirkland legal@montejwhite.com,
           mjwhiteoffice@gmail.com
          United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
          Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                       TOTAL: 5