

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 31, 2013**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| Kirkland, Brandon Paul | § | CASE NO. 13-70406-hdh-3 |
| and | § | |
| Kristin Anne Pyles | § | |
| | § | |
| DEBTORS | § | |

ORDER TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

On this day came on to be heard Debtors' Motion to Vacate Dismissal Order and Reinstate Chapter 13 Case. After reviewing the pleadings and/or arguments of counsel, the Court finds the Dismissal Order should be vacated and Debtors' Chapter 13 case should be reinstated.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED, that the Order Dismissing Chapter 13 Case is vacated, and that the Debtors' Chapter 13 Case is reinstated effective November 27, 2013.

###END OF ORDER###

PREPARED BY:

Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com