**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| IN RE: | Brandon Paul Kirkland | CASE NO: 13-70406 |
| | Kristin Anne Pyles | |
| | | HEARING DATE: 2/12/2014 |
| | | HEARING TIME: 10:00 AM |

## NOTICE OF HEARING AND OF THE RIGHT TO OBJECT

TO ALL PERSONS LISTED ON EXHIBIT "A" ATTACHED HERETO:

PLEASE TAKE NOTICE THAT ON    2/12/2014    AT    10:30 AM    AT THE FOLLOWING LOCATION:

| **FOR LIVE COURT** | **FOR VIDEO COURT** |
|---|---|
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH AND LAMAR STREETS | 10TH AND LAMAR STREETS |
| WICHITA FALLS, TX 76301 | WICHITA FALLS, TX 76301 |

the above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

**Debtor's(s') Chapter 13 Plan and Motion for Valuation**

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response will be served upon the Debtor's(s') counsel (or the Debtor(s), if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON    2/12/2014    AT    8:30 AM    AT THE LOCATION GIVEN ABOVE. HEARINGS ON OBJECTIONS NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

DATED:    01/02/2014                                      /s/Monte J. White
                                                          ATTORNEY FOR THE DEBTOR(S)

## CERTIFICATE OF MAILING

A copy of the above Notice, with "Debtor's(s') Chapter 13 Plan and Motion for Valuation" dated    11/07/2013    attached, was mailed on    01/02/2014    to the following parties at the addresses shown below and on the attached mailing matrix.

Chapter 13 Trustee
6308 Iola                                                 /s/Monte J. White
Lubbock TX 79424                                          ATTORNEY FOR THE DEBTOR(S)

```
Label Matrix for local noticing          Wilbarger County                         1100 Commerce Street
0539-7                                   co Lee Gordon                            Room 1254
Case 13-70406-hdh13                      P.O. Box 1269                            Dallas, TX 75242-1305
Northern District of Texas               Round Rock, TX 78680-1269
Wichita Falls
Mon Dec  2 15:12:48 CST 2013

ACS Wells Fargo                          Ameripath Lubbock                        Brandon Paul Kirkland
501 Bleecker St                          PO Box 830913                            2900 Stephens St
Utica, NY 13501-2401                     Birmingham, AL 352830913                 Vernon, TX 76384-6744


CITY OF VERNON                           CMPPTNRS Tech University                 Capital One
C/O PERDUE BRANDON FIELDER COLLINS & MOT PO Box 3176                              PO Box 30253
PO BOX 8188                              Winston Salem, NC 27102-3176             Salt Lake City, UT 84130-0253
WICHITA FALLS TX 76307-8188


Capital One, N.a.                        Chase                                    Fed Loan Serv
Capital One Bank -USA N.A.               P.o. Box 15298                           Po Box 69184
PO Box 30285                             Wilmington, DE 19850-5298                Harrisburg, PA 17106-9184
Salt Lake City, UT 84130-0285


Ford Motor Credit Corporation            GECRB-Sams Club                          Homeprjvisa
Ford Motor Credit                        GECRB-Sams Club                          Po Box 94498
PO Box 6275                              PO Box 103104                            Las Vegas, NV 89193-4498
Dearborn, MI 48121-6275                  Roswell, GA 30076-9104


(p)INTERNAL REVENUE SERVICE              Kristin Anne Pyles                       McCreary Veselka Bragg & Allen PC
CENTRALIZED INSOLVENCY OPERATIONS        2900 Stephens St                         PO Box 1269
PO BOX 7346                              Vernon, TX 76384-6744                    Round Rock, TX 78680-1269
PHILADELPHIA PA 19101-7346


Northstar Anesthesia, PA                 Perdue, Brandon,Fielder,Collins & Mott   Saf-trustudent
PO Box 650252                            PO Box 8188                              Po Box 2461
Dallas, TX 75265-0252                    Wichita Falls, TX 76307-8188             Harrisburg, PA 17105-2461


Sizemore Law Group                       Sizemore Law Group                       Soleil Management
122 Calistoga Rd, No. 328                2515 East Market St. Suite D             10 Hoohul Rd, Ste 201
Santa Rosa, CA 95409-3702                Harrisonburg, VA 22801-8780              Lahaina, HI 96761-9258


Soleil Management                        Soleil Management                        Toyota Motor Credit Corporation (TMCC)
2700 Sandmine Rd                         7200 Las Vegas Blvd SOuth Ste A          PO BOX 8026
Davenport, FL 33897-3406                 Las Vegas, NV 89119-4020                 Cedar Rapids, Iowa 52408-8026


(p)TOYOTA MOTOR CREDIT CORPORATION       United States Trustee                    Wells Fargo Card Ser
PO BOX 8026                              1100 Commerce Street                     1 Home Campus
CEDAR RAPIDS IA 52408-8026               Room 976                                 3rd Floor
                                         Dallas, TX 75242-0996                    Des Moines, IA 50328-0001
```

```
Wells Fargo Card Services            Wilbarger County Tax Office         Monte J. White
1 Home Campus 3rd Floor              PO Box 1984                         Monte J. White & Associates, P.C.
Des Moines, IA 50328-0001            Vernon, TX 76385-1984               1106 Brook Avenue
                                                                         Hamilton Place
                                                                         Wichita Falls, TX 76301-5009


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS Special Procedures               Toyota Mtr
1100 Commerce St., Room 951          Toyota Financial Services
Mail Stop 5029 DAL                   PO Box 8026
Dallas, TX 75246                     Cedar Rapids, IA 52408
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Wilbarger County                  (d)Brandon Paul Kirkland            (d)Kristin Anne Pyles
co Lee Gordon                        2900 Stephens St                    2900 Stephens St
P.O. Box 1269                        Vernon, TX 76384-6744               Vernon, TX 76384-6744
Round Rock, TX 78680-1269
```

```
End of Label Matrix
Mailable recipients    33
Bypassed recipients     3
Total                  36
```