

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 31, 2013**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

Kirkland, Brandon Paul         § CASE NO. 13-70406-hdh-3
and
Kristin Anne Pyles

DEBTORS

ORDER TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

On this day came on to be heard Debtors' Motion to Vacate Dismissal Order and Reinstate Chapter 13 Case. After reviewing the pleadings and/or arguments of counsel, the Court finds the Dismissal Order should be vacated and Debtors' Chapter 13 case should be reinstated.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED, that the Order Dismissing Chapter 13 Case is vacated, and that the Debtors' Chapter 13 Case is reinstated effective November 27, 2013.

###END OF ORDER###

PREPARED BY:

Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com

United States Bankruptcy Court
Northern District of Texas

In re:  
Brandon Paul Kirkland  
Kristin Anne Pyles  
    Debtors

Case No. 13-70406-hdh  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0539-7     User: sdugan     Page 1 of 2     Date Rcvd: Dec 31, 2013  
                      Form ID: pdf013     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2014.

```
db/jdb       +Brandon Paul Kirkland,    Kristin Anne Pyles,    2900 Stephens St,    Vernon, TX 76384-6744
15782871     +ACS Wells Fargo,    501 Bleecker St,    Utica, NY 13501-2401
15782872      Ameripath Lubbock,    PO Box 830913,    Birmingham, AL 352830913
15810997      CITY OF VERNON,    C/O PERDUE BRANDON FIELDER COLLINS & MOT,    PO BOX 8188,
               WICHITA FALLS TX 76307-8188
15782877     +CMPPTNRS Tech University,    PO Box 3176,    Winston Salem, NC 27102-3176
15782874     +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
15782875     +Capital One, N.a.,    Capital One Bank -USA N.A.,    PO Box 30285,    Salt Lake City, UT 84130-0285
15782876     +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
15782878     +Fed Loan Serv,    Po Box 69184,    Harrisburg, PA 17106-9184
15833378     +Ford Motor Credit Company LLC,    P.O. Box 6275,    Dearborn, MI 48121-6275
15782879     +Ford Motor Credit Corporation,    Ford Motor Credit,    PO Box 6275,    Dearborn, MI 48121-6275
15782881     +Homeprjvisa,    Po Box 94498,    Las Vegas, NV 89193-4498
15782885      Northstar Anesthesia, PA,    PO Box 650252,    Dallas, TX 75265-0252
15831672     +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
15782886      Perdue, Brandon,Fielder,Collins & Mott,    PO Box 8188,    Wichita Falls, TX 76307-8188
15782887     +Saf-trustudent,    Po Box 2461,    Harrisburg, PA 17105-2461
15782888     +Sizemore Law Group,    122 Calistoga Rd, No. 328,    Santa Rosa, CA 95409-3702
15782889    #+Sizemore Law Group,    2515 East Market St. Suite D,    Harrisonburg, VA 22801-8780
15782890     +Soleil Management,    7200 Las Vegas Blvd SOuth Ste A,    Las Vegas, NV 89119-4020
15782892     +Soleil Management,    10 Hoohul Rd, Ste 201,    Lahaina, HI 96761-9258
15782891     +Soleil Management,    2700 Sandmine Rd,    Davenport, FL 33897-3406
15782893    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Mtr,    Toyota Financial Services,    PO Box 8026,
               Cedar Rapids, IA 52408)
15804836      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
15829255      WELLS FARGO BANK, N.A. on behalf of Texas,    Guaranteed Student Loan Corporation,
               Texas Guaranteed Student Loan Corporatio,    PO BOX 83100,    Round Rock, TX 78683-3100
15782894     +Wells Fargo Card Ser,    1 Home Campus,    3rd Floor,    Des Moines, IA 50328-0001
15807888     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
15804145     +Wilbarger County,    co Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
15782895      Wilbarger County Tax Office,    PO Box 1984,    Vernon, TX 76385-1984
15833377     +Wilcox Law, PLLC,    P.O. Box 11509,    Fort Worth, TX 76110-0509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15782880     +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 2013 22:14:53     GECRB-Sams Club,    GECRB-Sams Club,
              PO Box 103104,    Roswell, GA 30076-9104
15782882      E-mail/Text: cio.bncmail@irs.gov Dec 31 2013 22:06:03      IRS Special Procedures,
              1100 Commerce St., Room 951,    Mail Stop 5029 DAL,    Dallas, TX 75246
15782884      E-mail/Text: KMORRISS@mvbalaw.com Dec 31 2013 22:07:23      McCreary Veselka Bragg & Allen PC,
              PO Box 1269,    Round Rock, TX 78680-1269
15828084      E-mail/Text: bkyelectnotices@tgslc.org Dec 31 2013 22:08:27      WELLS FARGO ON BEHALF OF TGSLC,
              TGSLC,    P.O. BOX 83100,    ROUND ROCK, TX 78683-3100
                                                                                              TOTAL: 4
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*          +Wilbarger County,    co Lee Gordon,    P.O. Box 1269,    Round Rock, TX 78680-1269
15782873*    +Brandon Paul Kirkland,    2900 Stephens St,    Vernon, TX 76384-6744
15782883*    +Kristin Anne Pyles,    2900 Stephens St,    Vernon, TX 76384-6744
                                                                                TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2014                           Signature:  /s/Joseph Speetjens

```
District/off: 0539-7          User: sdugan            Page 2 of 2            Date Rcvd: Dec 31, 2013
                              Form ID: pdf013         Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 31, 2013 at the address(es) listed below:
              Lee   Gordon    on behalf of Creditor    Wilbarger County
               dgibson@mvbalaw.com;kmorriss@mvbalaw.com;othercourts@mvbalaw.com
              Monte J. White    on behalf of Joint Debtor Kristin Anne Pyles legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              Monte J. White    on behalf of Debtor Brandon Paul Kirkland legal@montejwhite.com,
               mjwhiteoffice@gmail.com
              Stephen   Wilcox    on behalf of Creditor    Ford Motor Credit Company LLC kraudry@wilcoxlaw.net,
               swilcoxndtx@basselwilcox.com;krw77@sbcglobal.net
              United States Trustee    ustpregion06.da.ecf@usdoj.gov,  albert.loftus@usdoj.gov
              Walter 12,13 OCheskey    cmecf@ch13-12westtex.org,  ecfcox@ost-wtx.org,ost.cmecf@gmail.com
                                                                                               TOTAL: 6
```